BUCKS COUNTY DETECTIVES                1/3

26-92-26
FILE NUMBER

## JUNE 29, 1992

On this date, this investigator obtained a search warrant for the office/residence of L. ST. GEORGE W. CAMERON from District Justice Brown in Bensalem, Pa.

The warrant was served personally on CAMERON at 1924 Juniper Lane at 11:30 A.M. OFFICER PONTICELLI from Bensalem Township was initially on the scene also. This investigator completed the search at 3:15 P.M.

L. ST. GEORGE W. CAMERON spoke voluntarily with this investigator after reading the search warrant affidavit and being informed that he was not under arrest and was free to leave. CAMERON advised that his legal name is LEAFORD ST. GEORGE CAMERON, DOB 11/12/52. He stated that he was born in Jamaica and did "law training" in England, where he grew up. CAMERON advised that he has been in the United States for 14 years. He further advised that when he came to Pennsylvania, he took some law courses at the University of Pennsylvania. He also advised that he "went to the bar association and took the bar exam". CAMERON admitted that he is not licensed to practice law in the Commonwealth by the Pa. Supreme Court. He claimed that the Pa. Bar Association "made him an associate member" because he was only going to do legal research and was not going to have a "full law practice". CAMERON stated that he has no attorney I.D. number. He stated that he does not know NANCY POORE, and that he was using her I.D. number when he practiced law in Jamaica and "someone from the Bar Association" told him that he could continue to use it here in Pennsylvania. CAMERON also stated that the attorney from the Disciplinary Board was supposed to send him a letter and in return he was going to send her documentation regarding his "associate status" with the Pennsylvania Bar Association. This investigator invited him to produce the documentation for the District Attorney's Office, but he declined.

CAMERON led this investigator to his basement where his office was located. He advised that the office served him for his insurance business, FIRST

| 6/29/92 | | 6/30/92 spc |
|---|---|---|
| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
| [signature] | [initials] 7/11/92 | DATA ENTERED - EDP  7/1/92 |
| SIGNATURE | REVIEWED BY | REVIEWED BY |

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

MIDLAND INSURANCE AND FINANCIAL SERVICES, INC., and also for his legal work. He stated that he initially had a business called **CAMERON BUSINESS ASSOCIATES**, which was a legal research entity. He stated that his stationery and business cards, which designate him as an "attorney at law", are appropriate because he is an attorney trained in "the British system" and "someone at the Bar Association" told him he could use the title here even though he isn't engaged in a "full practice" of law.

**CAMERON** acknowledged that he has performed legal services for various people, including estates and wills, immigration and naturalization assistance, divorce and custody matters, disability and workman's compensation cases, and some traffic cases. He stated that mostly his clients have been his relatives and that he has done the work "pro bono". He later stated that most of his clients are not Jamaican, even though he is. He claimed that many people have sent him legal papers "just to look over because they know his background". He also claimed he has usually just reviewed their cases and sent them onto other lawyers. When this investigator pointed out to **CAMERON** that he has been accepting fees for legal services, he stated that he has occasionally billed people just enough to "cover costs". **CAMERON** stated that the invoices were often written to satisfy the insurance companies involved as to his being retained by the client, and that those invoices were not paid by the clients. He further stated that many people he has done work for have been his clients from his insurance and investment business. He has done legal work in Bucks, Montgomery, Delaware, and Philadelphia counties, and also in New Jersey.

**CAMERON** showed this investigator a phone answering machine which he explained can record messages or ongoing conversations. This was retained for evidence, along with several tapes. He claimed that **JOSEPH PICONE** from **PMA INSURANCE** wasn't correct about the tape recording of the call, but declined to elaborate further.

**CAMERON** also directed this investigator to drawers full of files which were examined. Any files appearing to involve **CAMERON'S** representation that he was a lawyer were taken, as was legal stationery and business cards.

| 6/29/92 | | 6/30/92 spc |
|---|---|---|
| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
| _signature_ | 7/1/92 | |
| SIGNATURE | REVIEWED BY | REVIEWED BY |

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.

26-92-26
FILE NUMBER

CAMERON claimed that most of the files were "old". Approximately 100 client files were seized, along with 20 to 25 files filled with blank legal forms. CAMERON was advised of every file being removed, and made a list of all of them, which this investigator attached to the search warrant.

At the conclusion of the search, CAMERON admitted to this investigator that he has no documentation from the Pa. Bar Association, and asked if he was going to be investigated in New Jersey. He stated that perhaps he had acted improperly in performing legal services and accepting money. He stated that friends and relatives know him as a lawyer, and he wanted to help them with their legal problems. He acknowledged that his legal practice has grown over the last several years. CAMERON advised that if the investigation shows that he has committed a criminal offense and he is to be charged, he would like to cooperate and "not make trouble". He stated that he would like to take responsibility for things that he has been doing improperly and wants to assist the prosecution in order to "make the job easier" for this investigator and Assistant District Attorney Ronald Debrigida. He also thanked this investigator for the courteous treatment he was accorded, and agreed that his list of files matched the files which were being confiscated.

REPORT BY DETECTIVE ROBERTA J. KOSTICK

CASE STATUS - ACTIVE

| 6/29/92 | | 6/30/92 spc |
|---|---|---|
| DATE OF INV. | DATE DICTATED | DATE OF TRANSCRIPTION |
| *Roberta J Kostick* | *AM 7/1/92* | |
| SIGNATURE | REVIEWED BY | REVIEWED BY |

This document is the property of the Bucks County Detectives and is loaned to your agency; it and its contents are not to be distributed outside your agency.