**IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OFAMERICA** | : | **NO. 15-415** |
| **v.** | : | |
| **LEAFORD GEORGE CAMERON** | : | |

**DEFENDANT, LEAFORD GEORGE CAMERON'S PRO SE
MOTION TO PLACE COURT ON NOTICE OF
<u>POTENTIAL REQUEST TO REPRESENT HIMSELF AT TRIAL, PRO SE</u>**

**TO THE HONORABLE GENE E.K. PRATTER:**

   **AND NOW COMES** the Defendant, **LEAFORD GEORGE CAMERON**
(hereinafter referred to as "Cameron"), with the assistance of his counsel of record,
**CHRISTOPHER G. FURLONG, Esquire**, and respectfully wishes to inform the Court
that he is considering representing himself at trial, which is presently scheduled to begin
on February 6, 2018, and in support thereof, states as follows:

   1.   On September 10, 2015, an Indictment was filed charging the Defendant,
Leaford George Cameron (hereinafter referred to as "Cameron"), with violation of the
following:

      Count One, Mail Fraud in violation of 18 U.S.C.§1341;

      Counts Two and Three, Wire Fraud in violation of 18 U.S.C.§1343; and

      Counts Four through Six, False Statements in violation of 18 U.S.C. §1001.

   2.   At the outset of the Indictment, Cameron privately retained the services of
George H. Newman to represent him in the pending matter.

   3.   During Mr. Newman's representation, counsel contacted the Court in writing
on several occasions indicating issues that were arising with that representation.

1

4.      Further, in those letters, it is believed that Cameron requested that he be able to proceed in this matter pro se.

5.      At that time, no formal application was filed of record by Cameron requesting that he represent himself.

6.      In May of 2016, this Court appointed Christopher G. Furlong, Esquire to represent Defendant.

7.      Counsel has been representing Cameron of record continuously since that time.

8.      However, Cameron has been considering representing himself, as he had previously with Mr. Newman.

9.      Cameron wishes to place the Court on notice with the filing of this particular submission, that he is going to be making a decision relative to whether or not he represent himself sometime in that latter part of the coming weekend.

10.     Cameron will be fasting, meditating and waiting for advises from a divine source which will aid him in ultimately coming to this decision.

11.     Cameron is well versed in this case and has been actively involved in his defense and he would be fully prepared to proceed with the trial pro se.

12.     Cameron has instructed counsel to file this Motion on his behalf so that the Court is aware of this potential development and not be uninformed of this potentiality.

13.     Cameron understands that he will be extensively colloquyed by the Court relative to this decision if he pursues this line of self-representation.

WHEREFORE, Defendant, **LEAFORD GEORGE CAMERON**, respectfully advises the Court of his potential pending decision to represent himself.

**Respectfully submitted,**

**//S//**

_____

**LEAFORD GEORGE CAMERON**

**CHRISTOPHER G. FURLONG, Esquire**
**Attorney for Defendant**
**LEAFORD GEORGE CAMERON**

3

## CERTIFICATE OF SERVICE

I, **CHRISTOPHER G. FURLONG, ESQUIRE**, counsel for the Defendant,

**LEAFORD GEORGE CAMERON**, hereby certify that I served a true and correct copy of

Defendant, LEAFORD GEORGE CAMERON'S Pro Se Motion to Place Court On Notice

of Potential Request to Represent Himself at Trial, Pro Se upon the following and in the

following manner:

**Via ECF Filing and Email:**

> James A. Petkun, Esquire, AUSA
> United States Attorney's Office
> Eastern District of PA
> 615 Chestnut Street
> Suite 1250
> Philadelphia, PA 19106
> James.Petkun@usdoj.gov

**Via Hand Delivery:**

> Leaford George Cameron
> ID #72386-066
> Federal Detention Center
> P.O. Box 562
> Philadelphia, PA 19106

**2/2/18**
**DATE**

_____
**CHRISTOPHER G. FURLONG, Esquire**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA       :   NO.  15-415

v.                 :

LEAFORD GEORGE CAMERON      :

## O R D E R

**AND NOW**, this _____ day of _____ 2018, upon consideration of Defendant, Leaford George Cameron's request to represent himself pro se, and having made the decision to do so after being fully colloquyed relative to the rights and obligations required thereunder, it is hereby

**ORDERED** and **DECREED** that Defendant's Motion/Request is hereby **GRANTED**.  Leaford George Cameron, from this point forward, will be representing himself pro se.  Christopher G. Furlong, Esquire, will remain as standby counsel for the Defendant.

BY THE COURT:

_____

HONORABLE GENE E.K. PRATTER, J.

5