**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL ACTION** |
| | : | |
| **v.** | : | |
| | : | |
| **LEAFORD GEORGE CAMERON** | : | No.   15-415 |

### O R D E R

**AND NOW** this 16th day of February, 2018, upon consideration of the Defendant Leaford George Cameron's request to represent himself pro se (Doc. No. 88), as set forth on the record of this case at the commencement of trial, and having made the decision to do so after being fully colloquied relative to the rights and obligations required thereunder, it is hereby **ORDERED** that Defendant's Motion is **GRANTED**.   Leaford George Cameron is permitted to represent himself pro se.   Christopher G. Furlong, Esquire, will remain as standby counsel for the Defendant.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
United States District Judge