IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA : Date of
: Notice:  May 29, 2018
vs. :
:
LEAFORD GEORGE CAMERON : CRIMINAL NO. 15-415
USM No. 72386-066
FDC Philadelphia
P.O. Box 562
Philadelphia, PA 19106

**NOTICE**

      **TAKE NOTICE** that the above-entitled case has been set for **SENTENCING** in the United States District Court, United States Courthouse, 601 Market Street, Philadelphia, Pennsylvania, on **\*\*July 11, 2018 at 10:00 a.m.** before the Honorable Gene E. K. Pratter, in Courtroom 10-B, 10th floor.

      All defendants who are on bail shall report to the Courtroom on the date and time specified above.  If a defendant fails to appear as directed, his bail may be revoked, and a bench warrant issued.

      **AT LEAST ONE (1) WEEK BEFORE SENTENCING, THE PARTIES SHALL FILE AND SERVE SENTENCING MEMORANDA which, in addition to information concerning the Defendant that counsel believes the Court should consider, set forth any legal authority upon which they will rely at sentencing. Any downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least one (1) week before sentencing.  Motions other than downward departure motions under § 5K1.1 of the United States Sentencing Guidelines and 18 U.S.C. § 3553(e) shall be filed and served at least two (2) weeks before sentencing.  Responses to any such motions shall be filed and served at least one (1) week before sentencing.   One (1) copy of each sentencing memorandum and each motion and response shall be served on the Court (Chambers, Room 10613) and the United States Probation Officer when the original is filed.**

      Very truly yours,

      Michael Coyle
      Deputy Clerk to Judge **Gene E. K. Pratter**

Notice to:

      Defendant
      Christopher G. Furlong, Esq., Defense Counsel
      James A. Petkun, A.U.S.A. (via e-mail)
      U.S. Marshal  (via e-mail)
      Probation Office (via e-mail)
      Pretrial Services (via e-mail)
      Larry Bowman (via e-mail)

**[NO] INTERPRETER  REQUIRED**
**\*\*This proceeding has been rescheduled from: May 31, 2018**