IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | : | |
| v. | : | CRIMINAL NO. 15-415 |
| LEAFORD GEORGE CAMERON | : | |

ENTRY OF APPEARANCE

Kindly enter my appearance on behalf of the United States of America.

        WILLIAM M. MCSWAIN
        UNITED STATES ATTORNEY


        s/Mary E. Crawley
        MARY E. CRAWLEY
        Assistant United States Attorney